City of New York, Borough of Brooklyn. Present — Lazansky, P. J., Young, Hagarty, Carswell, Scudder, Tompkins, Davis and Johnston, JJ.

JOHN W. BERRY, Appellant, v. JOHN V. CAIN and FRANK WASSERMAN, as Justices of the Municipal Court, Borough of Brooklyn, Fifth District, City of New York, and Others, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay dismissed. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

BRUNSWICK PRAVER & NASSOF, INC., and Another, Respondents, v. TRIBORO PROPERTIES, INC., Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. On reargument, motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ANNA V. CULLEM, Respondent, v. M. H. RENKEN DAIRY COMPANY, Appellant. — Motion for leave to appeal to Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HYMAN GOLUB, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

THOMAS H. GORMAN, Respondent, v. HURPEL DINER, INC., Respondent; GORDON BAKING CO., INC., Appellant.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

FRANCES HERRON, Appellant, v. COLUMBUS TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

IRON WHITE PAINT CORPORATION, Respondent, v. COOPER SQUARE SHEET METAL WORKS, INC., Appellant.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LOUIS FISCHER, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Petition of FRANK E. STULTS and Others, to Render and Settle Their Accounts as Temporary Administrators, etc., of WALTER H. D. KILLOUGH, Deceased. FLORENCE MAUD MOORE, Appellant; FRANK E. STULTS and Others, as Temporary Administrators and as Executors, etc., of WALTER H. D. KILLOUGH, Deceased, and Others, Respondents.— Motion to amend decision and order of this court dated June 7, 1935, denied. [See 245 App. Div. 744.] Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of Establishing Contract Binding upon the Estate of MARY O'CONNOR, Also Known as MARY ANNE O'CONNOR, Also Known as MARY L. O'CONNOR, Deceased. JULIA L. FRIEHOFER, Respondent; PROVINCE OF ST. JOSEPH OF THE CAPUCHIN ORDER and Another, Appellants.— Motion to dismiss appeals denied, it appearing that an undertaking has been filed pursuant to the provisions of section 298 of the Surrogate's Court Act. Section 299 of that act is not appli-